IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

| | |
|---|---|
| ANTHONY YAZZIE, | CR No. 99-530 JAP |
| MARVIN LOPEZ-AGUILAR, | CR No. 09-2962 WJ |
| FRANCISCO MELGAR-CABRERA, | CR No. 09-2962 WJ |
| RICHARD GALLEGOS, | CR No. 16-4299 JB |
| JAREMY SMITH, | CR No. 24-434 JB |

Defendants.

ORDER APPOINTING COUNSEL
AND DIRECTING REASSIGNMENTS

The Office of the Federal Public Defender for the District of New Mexico (FPD) has identified a group of individuals who may be eligible for post-conviction relief under *Barrett v. United States,* 607 U.S. 128 (2026) and 28 U.S.C. § 2255. In the interest of justice, and pursuant to 18 U.S.C. § 3006A(a)(2)(B), Section 2255 counsel is appointed for the following individuals:

Anthony Yazzie, Case No. 99-CR-530 JAP
Marvin Lopez-Aguilar, Case No. 09-CR-2962 WJ
Francisco Melgar-Cabrera, Case No. 09-CR-2962 WJ
Richard Gallegos, Case No.16-CR-4299 JB
Jaremy Smith, Case No. 24-CR-434 JB

After effectuating the appointments, the Clerk of Court shall randomly reassign the above cases.

Counsel is appointed to file and prosecute a Section 2255 motion. If the individual has previously sought Section 2255 relief, counsel is also authorized to file an application with the Tenth Circuit Court of Appeals seeking permission to file a successive claim. *See* 28 U.S.C. § 2255(h); *In re Cline,* 531 F.3d 1249, 1251 (10th Cir. 2008) ("A district court does not have

jurisdiction to address the merits of a second or successive § 2255 … claim until [the Tenth Circuit] has granted the required authorization.”). If FPD has a conflict in any of the above cases, the Clerk’s Office shall appoint a Criminal Justice Act (CJA) panel attorney.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court’s PACER public access system.